■ JULIANNE RIZZO, Individually and on Behalf of NATIONAL VACUUM CORP., et al., Appellants, v NATIONAL VACUUM CORP. et al., Respondents, et al., Defendants. [40 NYS3d 330]—Appeal from an order of the Supreme Court, Niagara County (Mark A. Montour, J.), entered March 26, 2015. The order granted the motion of defendant National Vacuum Corp., for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Lindley, Curran and Scudder, JJ.